FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00795-CV

**IN THE ESTATE OF ELOISA M. MARTINEZ, DECEASED**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2020PC3191
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

On January 20, 2023, this court received appellant's brief. The brief violates Texas Rule of Appellate Procedure 38.1 in that it does not (1) identify all parties and counsel; (2) include a table of contents; (3) include an index of authorities; (4) include a statement of the case; (5) include a brief statement of the issues presented; (6) include a statement of facts; (7) include a summary of the argument; (8) include appropriate citations to authorities and to the record; and (9) include a conclusion stating the nature of the relief sought. *See* TEX. R. APP. P. 38.1. While substantial compliance with Rule 38.1 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38.1. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violation of Rule 38.1.

Furthermore, the brief violates Texas Rule of Appellate Procedure 9.4 because the text is single-spaced, not double-spaced. *See* TEX. R. APP. P. 9.4.

We, therefore, ORDER appellant to file an amended brief within fifteen days from the date of this order. If the amended brief does not correct the violations listed above, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court